ACCEPTED
03-14-00661-CV
6780232
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/3/2015 11:17:10 AM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

9/3/2015 11:17:10 AM

JEFFREY D. KYLE
Clerk

September 03, 2015

Jeffrey D. Kyle, Clerk                                    *Electronic Filing*
Third Court of Appeals
Price Daniel, Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

Re:    Notification of Argument; No. 03-14-00661-CV;
       *Devvy Kidd, et al. v. Texas Public Utility Commission, et al.*

Dear Mr. Kyle:

This acknowledges receipt of your letter dated August 28, 2015, giving notice this appeal
will be submitted on September 24, 2015 at 9:00 a.m.  I will appear and argue on behalf
of Appellee, the Public Utility Commission of Texas.

                          Regards,

                          /s/ *Kellie E. Billings-Ray*
                          Kellie E. Billings-Ray
                          Assistant Attorney General
                          P.O. Box 12548, MC-066
                          Austin, Texas 78711-2548
                          (512) 463-2012

cc.    Mr. Stephen Journeay, Public Utility Commission
       Mr. Roger Borgelt
       Ms. Jo Ann Biggs
       The  Honorable Dale Wainwright
       Mr. Jason M. Ryan
       Mr. Patrick J. Cowlishaw
       Mr. Patrick Pearsall